No. 09-7768. Carlton Bashford, Petitioner v. United States.

561 U.S. 1009, 130 S. Ct. 3454, 177 L. Ed. 2d 1060, 2010 U.S. LEXIS 4992.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 910.